**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| THE MATTER OF THE ESTATE OF SHARON FAYE NEWMAN,<br><br>Plaintiff,<br><br>vs.<br><br>COMPU-LINK CORPORATION; UNITED STATES SECRETARY OF HOUSING AND URBAN DEVELOPMENT; JASON HENDERSON, as Foreclosure Commissioner; and DOE TRUSTEE,<br><br>Defendants. | **No. CV 26-85-H-BMM**<br><br>**ORDER ON EMERGENCY TEMPORARY RESTRAINING ORDER** |

Plaintiff the Estate of Sharon Faye Newman (the "Estate") by and through its Personal Representative, Robert Newman, requests from the Court an emergency temporary restraining order ("TRO") to enjoin the foreclosure sale of decedent's home scheduled for November 24, 2026 at 11:00 a.m.

District courts enjoy discretion regarding the grant or denial of a temporary restraining order. *Miss Universe, Inc. v. Flesher,* 605 F. 2d 1130, 1132-33 (9th Cir. 1979); *Winter v. Natural Res. Def. Council*, 555 U.S. 7, 22 (2008). Fed R. Civ. P. 65 governs preliminary injunctions and temporary restraining orders. Given the immediacy and irreversibility of the deprivation of property, the Court will grant

Plaintiff a temporary restraining order to prevent the foreclosure sale.

**ORDER**

Accordingly, **IT IS ORDERED** Plaintiffs' request for a Temporary Restraining Order (Doc. 1) is **GRANTED**.

- Defendants shall not proceed with the foreclosure sale scheduled for November 24, 2026 at 11:00 a.m.

DATED this 24th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts